**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-30032

(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR NUNEZ,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Louisiana
(90 CR 333 M)

July 23, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Oscar Nunez appeals the district court's denial of his motion
to reduce his term of imprisonment under 18 U.S.C. § 3582(c)(2).
Nunez argues that the district court abused its discretion in
dismissing his § 3852(c)(2) motion because Amendment 439, which
clarified § 1B1.3 of the Sentencing Guidelines, should be applied
retroactively to reduce his term of imprisonment.   Because

---

[*]        Pursuant to Local Rule 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

Amendment 439 is not listed as having retroactive application under § 1B1.10(c) of the Guidelines, Nunez may not obtain relief under § 3852(c)(2). *See United States v. Pardue*, 36 F.3d 429, 430 (5th Cir. 1994), *cert. denied*, __ U.S. __, 115 S. Ct. 1969, 131 L. Ed. 2d 858 (1995); *United States v. Miller*, 903 F.2d 341, 349 (5th Cir. 1990).

AFFIRMED.